**\*E-FILED ON 10/11/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA BORGES, ASHLEY MILLER, JEANETTE MILLER, STEPHANIE BELTRAN, JERRISUE WASSON, CHRISTINA CASTILLO, RONALD MILLER, as guardian ad litem for AUBREY MILLER, and YOLANDA MEZA,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF HOLLISTER and ROBERT ORNELAS,<br><br>    Defendants.<br>_____/ | No. C03-05670 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

On August 26, 2005, the parties advised that they reached a settlement of this matter. Accordingly, trial was vacated.

**On or before November 30, 2005**, the settling parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **December 13, 2005, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than December 6, 2005**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to

1  finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to
2  Show Cause hearing will be automatically vacated and the parties need not file a joint statement in
3  response to this Order.

4  Dated: October 11, 2005

/s/ Howard R. Lloyd
_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:03-cv-5670 Notice will be electronically mailed to:**

Susan K. Blitch sblitch@hurleylaw.com

Vincent P. Hurley vhurley@hurleylaw.com, gforese@hurleylaw.com

William L Marder bill@paxton-obrien.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.